**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00191-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STEVEN MARINO,

      Defendant.

---

## ORDER SETTING TRIAL DATES AND DEADLINES

---

      This matter is before the Court upon appearance by counsel via telephone conference. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **June 3, 2009** and responses to these motions shall be filed by **June 10, 2009**. It is

      FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **July 6, 2009, at 11:00 a.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

      FURTHER ORDERED that a two-day jury trial is set for **July 13, 2009, at 9:00 a.m.**, in Courtroom A602.

      DATED:  May __21__, 2009

                        BY THE COURT:

                        *Christine M. Arguello*
                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Judge