# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

STEVEN MARINO

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation of Supervised Release**)

Case Number:  09-cr-00191-CMA-01

USM Number:  27179-013

Virginia L. Grady, AFPD
(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violations 1 through 3, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Reside In/Comply With Rules of Residential Reentry Center (RRC) | 09/02/2011 |
| 2 | Failure to Comply With Rules of Residential Reentry Center (RRC) | 09/07/2011 |

    The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 1, 2011
Date of Imposition of Judgment

Signature of Judge

Christine M. Arguello, U.S. District Judge
Name & Title of Judge

12/09/11
Date

DEFENDANT:  STEVEN MARINO
CASE NUMBER:  09-cr-00191-CMA-01                                        Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 09/06/2011 |

DEFENDANT:  STEVEN MARINO
CASE NUMBER:  09-cr-00191-CMA-01                                      Judgment-Page 3 of 3

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months and one (1) day concurrent with the sentence imposed in 02-cr-00474-CMA-01.

      The court recommends that the Bureau of Prisons credit defendant with time served of thirty-four (34) days.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal